IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROLLINS L. DONALD, JR.,
    Plaintiff,

vs.                              CASE NO.: 3:07cv107/LAC/MD

SHERIFF RON MCNESBY and
DEPUTY MICHAEL P. MINER,
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 6, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and no objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause of action is dismissed.

    DONE AND ORDERED this 16th day of July, 2007.

                              s/ *L.A. Collier*
                              LACEY COLLIER
                              SENIOR UNITED STATES DISTRICT JUDGE